| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Zainey, Jay C | 2. Court or Organization<br><br>USDC, Eastern District of La. | 3. Date of Report<br><br>5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - active | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>500 Camp Street<br><br>Room C-508<br><br>New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED 2004 MAY 19 P 12: 36 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Apportionment of attorney fees (Buy out Law Practice) |
| 2. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Apportionment of attorney fees (Buy out Law Practice), see Part II. | $79,647 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | New Orleans Expressway Commission |
| 2. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Chateau Estates Golf & Country Club | membership dues | $2,100 |
| 2. | Gary Solomon | New Orleans Saints football tickets | $2,400 |
| 3. | World Trade Center Plimsoll Club | membership dues | $300 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank One | Mortgage on Rental Property #1 - paid off in 2003 | L |
| 2. | Bank One | Mortgage on Rental Property #2 - refinanced in 2003 | L |
| 3. | Bank One | Mortgage - Refinance of Rental Property #2 | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property #1, Metairie, LA | E | Rent | N | W | | | | | |
| 2. Rental Property #2, Metairie, LA | E | Rent | N | W | | | | | |
| 3. Rental property #3, New Orleans, LA | D | Rent | | | Sell | 10-24 | M | G | Desoto Properties LLC |
| 4. Bank One Accounts (4) | C | Interest | N | T | | | | | |
| 5. Hibernia Accounts (3) | B | Interest | M | T | | | | | |
| 6. Sun Life Financial - Life Insurance Policy #1 | D | Interest | L | T | | | | | |
| 7. Sun Life Financial - Life Insurance Policy #2 | A | Interest | J | T | | | | | |
| 8. Sun Life Financial - Life Insurance Policy #3 | A | Interest | J | T | | | | | |
| 9. MFS/ Sun Life Financial - IRA | D | Interest | M | T | | | | | |
| 10. Sun Life Assurance Company - Life Insurance Policy #1 | C | Interest | L | T | | | | | |
| 11. Jackson National Life Ins. - Retirement annuity #1 | B | Interest | K | T | | | | | |
| 12. Jackson National Life Ins. - Retirement Annuity #2 | B | Interest | K | T | | | | | |
| 13. Jackson National Life Ins. - Retirement Annuity #3 | B | Interest | K | T | | | | | |
| 14. Jackson National Life Ins. - Retirement Annuity #4 | B | Interest | K | T | | | | | |
| 15. Jackson National Life Ins. - Retirement Annuity #5 | B | Interest | K | T | | | | | |
| 16. Jackson National Life Ins. - Retirement Annuity #6 | B | Interest | K | T | | | | | |
| 17. Jackson National Life Ins. - Retirement Annuity #7 | B | Interest | K | T | | | | | |
| 18. Jackson National Life Ins. - Retirement Annuity #8 | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Jackson National Life Ins. - Retirement Annuity #9 | A | Interest | J | T | | | | | |
| 20. IRA #1 State Street Bank and Trust - One Group Investments | A | Interest | J | T | | | | | |
| 21. IRA #2 State Street Bank and Trust - One Group Investments | A | Interest | J | T | | | | | |
| 22. Sun Life Financial - Common Stock | A | Dividend | J | T | | | | | |
| 23. Southwest Airlines - Common Stock | A | Dividend | K | T | | | | | |
| 24. Stewart Enterprises - Common Stock | A | Dividend | J | T | | | | | |
| 25. Delta Airlines - Common Stock | A | Dividend | K | T | | | | | |
| 26. Cardiogenesis - Common Stock | A | Dividend | J | T | | | | | |
| 27. Reliance Group Holdings, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 28. RepligenCorp - Common Stock | | | | | Sell | 8-1 | K | D | |

| I. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Zainey, Jay C | 5/15/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. Part VII, Page 1, Line 15. This retirement annuity was inadvertently left off of the 2002 Financial Disclosure Report. There are nine retirement annuities with Jackson National Life as is reported in Part VII of the 2003 report.

## IX. CERTIFICATION.

I certify that all information given above (including information perta ning to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date_____ 5/14/04 _____

NOTE: ANY IND██████████████████████D WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544